CR 22-63 ADM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | 18 U.S.C. § 924(d)(1) |
| | 18 U.S.C. § 981(a)(1)(C) |
| v. | 18 U.S.C. § 1951 |
| | 21 U.S.C. § 853(p) |
| RANDOLPH SETH ANDERSON, | 28 U.S.C. 2461(c) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(Interference with Commerce by Robbery)

On or about January 24, 2022, in the State and District of Minnesota, the defendant,

**RANDOLPH SETH ANDERSON,**

did unlawfully take and obtain personal property from the person of or in the immediate presence of employees of Hidden Treasures Thrift Store, located at 2915 Pentagon Dr., St. Anthony, Minnesota, a commercial business then engaged in interstate commerce, against the employees' will by means of actual or threatened force, violence, and fear of injury, immediate or future, to their persons and property, that is, he brandished what appeared to the victim to be a firearm, to compel the employees to relinquish to the defendant property belonging to the business, including U.S. currency, clothing items, and a duffel bag, all in violation of Title 18, United States Code, Section 1951.

SCANNED
APR 11 2022
U.S. DISTRICT COURT MPLS

United States v. Randolph Seth Anderson

## COUNT 2

(Using, Carrying and Brandishing a Firearm
During and in Relation to a Crime of Violence)

On or about January 24, 2022, in the State and District of Minnesota, the defendant,

**RANDOLPH SETH ANDERSON,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Information, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(d)(1).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Information, the defendant,

**RANDOLPH SETH ANDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count 1 of this Information.

If convicted of any Count of this Information, the defendant,

**RANDOLPH SETH ANDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in or used in the commission of the offenses in any Count(s) of

2

United States v. Randolph Seth Anderson

this Indictment, including, but not limited to, a .380 Smith and Wesson Bodyguard pistol with serial number EAM7780 and any accessories or ammunition seized therewith.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: April 8, 2022

ANDREW M. LUGER
United States Attorney

/s *Justin A. Wesley*

BY: JUSTIN A. WESLEY
Assistant U.S. Attorney
Attorney ID No. 0389189

3